1  Joshua R. Furman, Bar No. 225461
   joshua@furman.com
2  9663 Santa Monica Boulevard, No. 721
   Beverly Hills, California 90210
3  Telephone:  (310) 809-3016
   Facsimile:   (310) 861-0449
4
   *Attorney for Plaintiff and Counterclaim Defendant,*
5  SLB TOYS USA, INC. doing business as TOYQUEST

6  Amanda V. Dwight, Bar No. 187028
   adwight@dwightlawgroup.com
7  DWIGHT LAW GROUP
   234 East 17th Street, Suite 105-A
8  Costa Mesa, CA 29627
   Telephone: (949) 515-0003
9  Facsimile: (949) 266-8680

10 Robert R. Mallinckrodt, *Pro Hac Vice*
   mallinckrodt@tnw.com
11 Peter M. de Jonge, *Pro Hac Vice*
   dejonge@tnw.com
12 Jed H. Hansen, *Pro Hac Vice*
   Hansen@tnw.com
13 THORPE NORTH & WESTERN, LLP
   8180 South 700 East, Suite 350
14 Sandy, UT 84070
   Telephone: (801) 566-6633
15 Facsimile: (801) 566-0750

16 *Attorneys for:*
   Defendant, AVIVA SPORTS, LLC and Counterclaimants, THE IDEA GEEKS, LLC
17 (f/k/a AVIVA SPORTS, LLC) and AVIVA SPORTS, INC.

18                    UNITED STATES DISTRICT COURT

19                    CENTRAL DISTRICT OF CALIFORNIA

| 20 | SLB TOYS USA, INC. doing business as TOYQUEST, | Case No.: CV 07-02560 MMM (AGRx) |
|---|---|---|
| 21 | | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL** |
| 22 | Plaintiff, | |
| 23 | vs. | |
| 24 | AVIVA SPORTS, LLC; AVIVA, LLC; DOES 1–10, inclusive, | |
| 25 | Defendants. | |
| 26 | | |
| 27 | AND RELATED COUNTERCLAIMS. | |
| 28 | | |

Stipulation re: Dismissal - 1

WHEREAS, Plaintiff and Counterclaim-Defendant SLB TOYS USA, INC. doing business as TOYQUEST ("SLB"), Defendant and Counterclaimant AVIVA SPORTS, LLC and Counterclaimants, THE IDEA GEEKS, LLC (f/k/a AVIVA SPORTS, LLC) and AVIVA SPORTS, INC. ("Aviva") have agreed to the dismissal without prejudice by SLB of its Complaint in its entirety and the dismissal without prejudice by Aviva of the Counterclaims in their entirety with all parties to bear their own costs;

IT IS THEREFORE HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record:

1. That the Complaint of SLB be dismissed in its entirety without prejudice;
2. That the Counterclaims of Aviva be dismissed in their entirety without prejudice; and
3. All parties are to bear their own costs.

## ORDER

IT IS HEREBY ORDERED based on the foregoing stipulated request:

1. That the Complaint of SLB be dismissed in its entirety without prejudice;
2. That the Counterclaims of Aviva be dismissed in their entirety without prejudice; and
3. All parties are to bear their own costs.

**IT IS SO ORDERED:**

Dated: JANUARY 11, 2008        By: *Margaret M. Morrow*
                                Hon. Margaret M. Morrow
                                Judge of the U.S. District Court

**AGREED TO AND STIPULATED BY:**

Date:  January ___, 2008                    By: _____
                                                 Joshua R. Furman,
                                         Attorney for Plaintiff and Counterclaim
                                           Defendant, SLB TOYS USA, INC.
                                             doing business as TOYQUEST


Date:  January ___, 2008                    By: _____
                                                 Robert R. Mallinckrodt
                                             Thorpe North & Western, LLP
                                               Attorneys for Defendant,
                                             AVIVA SPORTS, LLC and
                                       Counterclaimants, THE IDEA GEEKS,
                                       LLC (f/k/a AVIVA SPORTS, LLC) and
                                             AVIVA SPORTS, INC.

Stipulation re: Dismissal - 3